Peter R. Afrasiabi (Bar No. 193336)
email: pafrasiabi@turnergreen.com
Christopher W. Arledge (Bar No. 200767)
Email: carledge@turnergreen.com
John Tehranian, Esq. (Bar. No. 211616)
email: jtehranian@turnergreen.com
**TURNER GREEN AFRASIABI & ARLEDGE LLP**
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff Charly Acquisitions, Ltd.

FILED

2009 MAR 27 PM 3:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____________

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHARLY ACQUISITIONS, LTD., a Nevis corporation,

Plaintiff,

v.

C/F INTERNATIONAL, INC., a Nevada corporation; DOES 1-20

Defendants.

Case No. CV09-2161 GHK (RZx)

**COMPLAINT FOR BREACH OF CONTRACT**

**(28 U.S.C. § 1332)**

**DEMAND FOR JURY TRIAL**

For its Complaint, Plaintiff alleges as follows:

**INTRODUCTION**

1. This is an action involving the ownership of certain recordings of the "Tom Jones Show." Specifically, this action involves Defendant C/F INTERNATIONAL, INC.'S ("C/F") breach of a license agreement it entered with CHARLY ACQUISITIONS LTD., ("CHARLY") under which C/F provided CHARLY the copyrights to a certain set of 24 recordings or episodes of "the Tom Jones Show" as broadcast originally in Canada (hereafter "the Recordings").

## THE PARTIES

2. Plaintiff CHARLY ACQUISITIONS, LTD. ("CHARLY") is a Nevis corporation with its principal place of business located at the Channel Islands, United Kingdom.

3. Defendant C/F INTERNATIONAL, INC. ("C/F") is a Nevada corporation with its principal place of business in Ventura, California.

## JURISDICTION AND VENUE

4. This is a civil action for breach of contract where there is diversity of citizenship jurisdiction under 28 U.S.C. § 1332 and where the amount in controversy exceeds $75,000.00.

5. Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) in that the underlying facts regarding the acts and transactions complained of herein were conceived, carried out, made effective, and had effect within the State of California and within this district, among other places, by entities and people in this District as discussed more fully herein.

## COMMON FACTS

6. Pursuant to a license agreement entered in 2006 between CHARLY and C/F, CHARLY acquired all the rights to license and distribute the Recordings. A true and correct copy of the License Agreement is attached as Exhibit A.

7. However, CHARLY has received claims made by Tom Jones contending that C/F never had the rights to distribute the Recordings as claimed in the License Agreement. Despite requests for documentation to establish the chain of title to the Recordings so CHARLY can refute Tom Jones' claims, C/F has not responded.

8. In reliance on C/F's representations to induce CHARLY to enter the License Agreement, CHARLY has paid C/F £193,208.98 in British Pounds Sterling and $1,950.89 in US Dollars.

9. C/F has breached the License Agreement in that it has not provided appropriate records to establish the rights to the Recordings.

10. CHARLY in turn has been exposed to liability by potential third parties related to any efforts CHARLY undertook to license the Recordings.

11. CHARLY has also expended £40,721.87 British Pounds Sterling in attorneys fees related to the License Agreement, not inclusive of fees for this lawsuit.

12. CHARLY now brings this action for breach of contract and for damages.

**FIRST CLAIM FOR RELIEF**

**(Breach of Contract)**

13. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1-11 of the Complaint as though fully set forth herein.

14. The parties entered a contract, a true and correct copy of which is attached as Exhibit A.

15. CHARLY has performed all of its obligations under the contract.

16. C/F breached the License Agreement by among other things: representing that it possessed all of the rights to the Recordings but by refusing to establish evidence of its rights; by taking the above-referenced sums of monies from CHARLY for the License that it now will not substantiate.

17. CHARLY has been damaged in the amount of £193,208.98 in British Pounds Sterling and $1,950.89, as well as £40,721.87 British Pounds Sterling, which it expended in attorneys fees related to the License Agreement, under which CHARLY is entitled to collect its fees as the prevailing party under UK law (UK law controls the License Agreement and UK law allows the prevailing party to recover its fees and costs). At the current exchange rate of GBP/USDD 1.43, CHARLY is entitled to a judgment here of $336,472 as outlined in the Prayer for Relief below, which is incorporated herein.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For a judicial determination and declaration that Defendant has breached the License Agreement.

2. For an award of damages in the amount of **$336,472** calculated as follows:

a. £193,208.98 is **$276,288.84** at the current exchange rate of GBP/USD 1.43.

b. **$1,950.89**

c. £40,721.87 is **$58,232.27** at the current exchange rate of GBP/USD 1.43.

3. For attorneys fees and costs for this action also.

Dated: March 27, 2009

**TURNER GREEN AFRASIABI & ARLEDGE LLP**

By: [signature]
Peter R. Afrasiabi, Esq.
Attorneys for Plaintiff, CHARLY ACQUISITIONS, LTD.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable to a jury.

By: [signature]
Peter R. Afrasiabi, Esq.
Attorneys for Plaintiff, CHARLY ACQUISITIONS, LTD.

**DATED** **AS OF 1 JANUARY 2006**

**(1) C/F INTERNATIONAL, INC.**

**- and -**

**(2) CHARLY ACQUISITIONS LIMITED**

**- and -**

**(3) LICENCEMUSIC.COM**

# LICENCE AGREEMENT

relating to

Tom Jones Recordings

DLA Piper Rudnick Gray Cary UK LLP
3 Noble Street
London
EC2V 7EE

Tel: +44 (0) 8700 111 111
Fax: +44 (0)20 7796 6586

Date of Original: 26 May 2006
Date of Version: 1 June 2006
Draft No: 1

Ref: RPH/RPH/86511/120001/9852211.1

EXHIBIT A

**CONTENTS**

1. DEFINITIONS ........ 1
2. RIGHTS ........ 2
3. ROYALTIES ........ 2
4. C/F'S REPRESENTATIONS AND WARRANTIES ........ 3
5. LICENCEMUSIC.COM'S REPRESENTATIONS AND WARRANTIES ........ 3
6. TERMINATION ........ 4
7. CONFIDENTIALITY ........ 5
8. NON-ASSIGNMENT ........ 5
9. NOTICE ........ 6
10. GENERAL ........ 6

**THIS LICENCE** is made AS OF 1 JANUARY 2006

**BETWEEN**

(1) **C/F INTERNATIONAL, INC.** a company incorporated under the laws of Nevada with its registered office at 2112 Eastman Avenue, Suite 115, Ventura, California, CA93003, USA ("C/F")

(2) **CHARLY ACQUISITIONS LIMITED** a company incorporated in St. Kitts & Nevis with its registered office c/o Trust Services (Nevis) Limited, Government Road, Springates East, Charlestown, Nevis ("Charly")

(3) **LICENCEMUSIC.COM** (also known as Charly Licensing ApS) a company incorporated under the laws of Denmark with company number 19119998 with its registered office at Gammel Strand 42, 1202 København K, Denmark.

**BACKGROUND**

A C/F is the owner of copyright in the recordings of 24 episodes of a Canadian television show entitled "The Tom Jones Show" in any and all media (the "Recordings");

B Charly and Licencemusic.com are in the business of licensing or otherwise exploiting recordings;

C Licencemusic.com has entered into the Sub-Licences as agent for Charly, granting the Sub-Licensees the right to exploit the Recordings;

D The parties hereto have mutually agreed that C/F shall with effect from 1 January 2006 ratify and affirm each of the Sub-Licences with retrospective effect.

**IT IS HEREBY AGREED** as follows:

1. **DEFINITIONS**

"**Licence**" means this Licence

"**Parties**" means all of the parties to this Settlement Agreement

"**Sub-Licences**" means <u>only</u> the following sub-licences copies of which are annexed to this Licence:

| | |
|---|---|
| Munster Music Ltd/Artistry | 27/11/2000 |
| Atom Music Limited | 01/07/2003 |
| Demon Music Group Ltd | 21/01/2004 |
| Digital Musicworks International Inc | 29/09/2005 |
| Dynamic Entertainment Ltd | 07/05/2003 (& 30/03/2006) |
| EMI Music France | 02/05/2006 |
| EMI Music France | 02/05/2006 |

| | |
|---|---|
| Foreign Media Licensing BV | 02/02/2006 |
| Marketing & Music | 09/07/2004 |
| Musicbank Ltd | 05/06/2001 (& 06/06/2003) |
| Prism Leisure Corporation Plc | 07/02/2003 |
| Rajon Distribution Pty Ltd | 01/03/2003 |
| Media Memories & Music Group Ltd T/A Rolled Gold International | 14/07/2005 |
| Sanctuary Records Group Limited | 01/01/2003 |
| Union Square Music | 14/08/2000 |
| Weton-Wesgram B.V. | Feb-99 |

2. RIGHTS

2.1 C/F herby ratifies and affirms each of the Sub-Licences with effect from 1 January 2006 (subject to Clause 6.1 below) save that in respect of the licence to Digital Musicworks International Inc. ("DMI") the Sub-Licence is only ratified in respect of the territories of the World excluding the USA, Canada and Japan.

2.2 Within 7 days of signature of this Licence Agreement by all of the Parties, Licencemusic.com shall deliver to C/F a copy of the notice that it has sent to DMI informing DMI that its rights under its Sub-Licence dated 29 September 2005 from Licencemusic.com has been amended to exclude the territories of USA, Canada and Japan.

3. ROYALTIES

3.1 Licencemusic.com shall account and pay to Charly within 90 days of 30 June and 31 December each year 95% of the gross sums received by it in respect of sales of the Recordings by its Sub-Licensees on or after 1st January 2006..

3.2 Charly shall within 30 days of receipt by it of the sums referred to in clause 3.1 above, pay to C/F an amount equal to 80% of gross sums received by it from Licencemusic.com and render a statement to C/F of the sums received by it from Licencemusic.com and paid by it to C/F.

3.3 C/F shall have the right at its own expense to have a firm of independent chartered accountants at reasonable hours and on reasonable notice but not more than once during each year to conduct an audit and inspection of Charly's and/or Licencemusic.com's books and records relating to monies earned in respect of the Recordings. In the event that any such audit shall reveal a discrepancy in favour of C/F amounting to at least 10 per cent of the amounts accounted for by Licencemusic.com to Charly and/or by Charly to C/F in the accounts subject to examination, then C/F shall become immediately entitled to the amount of the discrepancy together with interest thereon at two per cent above the base rate from time to time of Barclays Bank PLC and to its reasonable audit costs.

4. C/F'S REPRESENTATIONS AND WARRANTIES

4.1 C/F warrants that:

4.1.1 It possesses the full right and power to enter into and perform this Licence; and

4.1.2 C/F has all rights necessary to grant the Licence.

4.2 C/F shall indemnify Charly and/Licensemusic.com and hold it harmless from and against all demands, losses, damages, costs and reasonable expenses including legal fees arising as a result of any litigation in relation to copyright in the Recordings which has been finally adjudicated against Charly and Licencemusic.com which are inconsistent with or constitute a breach of C/F's warranties as set out in herein providing that:

4.2.1 Charly and/or Licensemusic.com has given notice to C/F of any claim within 15 working days of it becoming aware of any such claim; and

4.2.2 Charly and/ir Licensemusic.com has not made any admission as to liability or agreed to any settlement or compromise of any claim (otherwise than with the prior written consent of C/F); and

4.2.3 Charly and/or Licensemusic.com shall consult with and allow C/F International to participate in the Defence of such claim; and

4.2.4 Such claim has been finally adjudicated against Charly and/or Licensemusic.com or is settled upon terms agreed to in writing by C/F.

5. LICENCEMUSIC.COM'S REPRESENTATIONS AND WARRANTIES

5.1 Licencemusic.com warrants that it shall use its best endeavours to ensure compliance by each of the Sub-Licensees with the terms of each Sub-Licence, including the prompt payment of royalties due to it.

5.2 Charly and Licensemusic.com shall use their best endeavours to ensure that all Sub-licensees refrain from export to or any other exploitation of the Recordings in the USA and Canada.

5.3 Charly and Licencemusic.com shall comply with all reasonable requests from C/F to enforce the terms of each Sub-Licence, including exercising its rights of audit (which if requested by C/F shall be conducted at the expense of C/F).

6. TERMINATION

6.1 This Licence in so far as it relates to each Sub-Licence shall terminate on the termination date of the relevant Sub-Licence or on 1 April 2009 or on termination of the Licence in accordance with this clause, whichever is earlier. For the avoidance of doubt, no Sub-Licence will remain in force beyond 1 April 2009.

6.2 C/F shall be entitled to terminate this Licence immediately at any time by giving written notice to all other Parties if either Charly or Licencemusic.com:

6.2.1 is in material breach of this Licence which, if capable of remedy, it fails to remedy within 30 days of written notice from C/F requiring it to do so;

6.2.2 shall go into liquidation except for the purposes of reconstruction or amalgamation (or have a receiver appointed of all or part of its assets or shall make any composition with its creditors or shall fail to satisfy a judgment debt against it within 28 days of such judgment).

6.3 Charly shall be entitled to terminate this Licence immediately at any time by giving written notice to all other Parties if C/F:

6.3.1 is in material breach of this Licence which, if capable of remedy, C/F fails to remedy within 30 days of written notice from the Charly requiring it to do so;

6.3.2 shall go into liquidation except for the purposes of reconstruction or amalgamation (or have a receiver appointed of all or part of its assets or shall make any composition with its creditors or shall fail to satisfy a judgment debt against it within 28 days of such judgment).

6.4 Licencemusic.com shall be entitled to terminate this Licence immediately at any time by giving written notice to all other Parties if C/F :

6.4.1 is in material breach of this Licence which, if capable of remedy, C/F fails to remedy within 30 days of written notice from the Licencemusic.com requiring it to do so;

6.4.2 shall go into liquidation except for the purposes of reconstruction or amalgamation (or have a receiver appointed of all or part of its assets or shall make any composition with its creditors or shall fail to satisfy a judgment debt against it within 28 days of such judgment).

6.5 For the avoidance of doubt, time shall be of the essence in respect of the payment of royalties and non-payment or late payment of royalties by Licencemusic.com to Charly and by Charly to C/F shall be considered a material breach of this Licence Agreement.

6.6 Immediately on termination of the Licence in accordance with its terms for whatever reasons, Charly and Licencemusic.com shall:

6.6.1 cease dealing with the Recordings and shall destroy all copies of the Recordings in their possession;

6.6.2 inform the Sub-Licensees that they no longer have the right to deal with the Recordings; and

6.6.3 be responsible for any damages or other payments due to the Sub-Licensees as a result of the early termination of the Sub-Licences.

6.7 Termination of this Licence shall be without prejudice to any other rights or remedies which a Party may be entitled under this Licence or at law as a result of or in relation to any breach or other event which gives rise to such termination, and shall not affect any other accrued rights or liabilities of any Party as at the date of the termination.

7. **CONFIDENTIALITY**

The Parties will, whether by themselves, their directors, officers, shareholders, employees, agents or otherwise refrain from disclosing or causing to be disclosed or discussing with any third party whatsoever the terms of this Licence. Nothing in this Licence shall prevent any Party from:

7.1 Disclosing information as required by law or as ordered by a Court of competent jurisdiction; or

7.2 Taking legal advice.

8. **NON-ASSIGNMENT**

8.1 Neither Charly nor Licencemusic.com shall be entitled to assign this Licence or any of its obligations hereunder nor to further licence the Recordings other than as already provided for in the Sub-Licences.

8.2 C/F may assign this Licence or any of its obligations hereunder provided that such assignee first executes an agreement in writing with Charly and Licensemusic.com agreeing to be bound by the terms of this license and to provide the indemnities and perform the obligations of C/F hereunder.

9. NOTICE

9.1 The parties hereto agree that any notice required to be given hereunder shall be given by sending the same by signed for courier delivery to the address given herein for each party or such other address as a party may from time to time notify in writing to the other parties hereto.

10. GENERAL

10.1 This Settlement Agreement may be executed in any number of counterparts each of which shall be an original of this Settlement Agreement, but together the counterparts shall constitute one and the same agreement.

10.2 This Licence shall be governed by and construed in accordance with English law and shall be subject to the exclusive jurisdiction of the English courts.

10.3 The provisions set forth herein (together with the provisions of the Settlement Agreement) constitute the entire agreement between the parties. This Licence shall not be modified, altered or changed except by an instrument signed by a duly authorised officer of each of the parties.

10.4 The illegality or unenforceability of any portion hereof shall not affect the legality or enforceability of the balance of this Licence;

10.5 The headings in this Licence are for convenience only and are not to be deemed a part of this Licence or relied upon in the construction or interpretation thereof.

10.6 No waiver of any term or condition of this Licence or any breach of this Licence or any part thereof or hereof shall be deemed a waiver of any other terms or conditions of this Licence or any later breach of this Licence or any part hereof or thereof.

ANNEX - SUB-LICENCES

RPH/MMD/86511/120001/9852211.1

7

SIGNED BY ALEXANDER BURTON ROSEN )
FOR AND ON BEHALF OF )
C/F INTERNATIONAL, INC. )

SIGNED BY WILLIAM ROWLEY )
FOR AND ON BEHALF OF )
CHARLY ACQUISITIONS LIMITED )

SIGNED BY JAN RANNERS )
FOR AND ON BEHALF OF )
LICENCEMUSIC.COM )

SIGNED BY ALEXANDER BURTON ROSEN )
FOR AND ON BEHALF OF )
C/F INTERNATIONAL, INC. )

SIGNED BY WILLIAM ROWLEY )
FOR AND ON BEHALF OF )
CHARLY ACQUISITIONS LIMITED )

SIGNED BY LARS JENSEN )
FOR AND ON BEHALF OF )
LICENCEMUSIC.COM )

SIGNED BY ALEXANDER BURTON ROSEN )
FOR AND ON BEHALF OF )
C/F INTERNATIONAL, INC. )

SIGNED BY WILLIAM ROWLEY )
FOR AND ON BEHALF OF )
CHARLY ACQUISITIONS LIMITED )

SIGNED BY LARS JENSEN )
FOR AND ON BEHALF OF ) Lars Jensen
LICENCEMUSIC.COM )

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV09- 2161 GHK (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================:

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Peter R. Afrasiabi (Bar No. 193336)
Turner Green Afrasiabi & Arledge LLP
535 Anton Blvd., Ste. 850, Costa Mesa, CA 92626

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHARLY ACQUISITIONS, LTD., ~~a United Kingdom corporation~~ a Nevis corporation

PLAINTIFF(S)

v.

C/F INTERNATIONAL, INC., a Nevada corporation; DOES 1-20

DEFENDANT(S).

CASE NUMBER

CV09-2161 GHK (RZx)

**SUMMONS**

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Peter R. Afrasiabi, whose address is:

Turner Green Afrasiabi & Arledge LLP
535 Anton Blvd., Ste. 850, Costa Mesa, CA 92626

an answer to the ☒ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

Dated: MAR 27 2009

By: Natalie Longoria
Deputy Clerk

*(Seal of the Court)*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CHARLY ACQUISITIONS, LTD., a United Kingdom corporation

**DEFENDANTS**
C/F INTERNATIONAL, INC., a Nevada corporation; and DOES 1-20

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Ventura

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter R. Afrasiabi (193336)
Turner Green LLP
535 Anton Blvd., Ste. 850, Costa Mesa, CA 92626

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☑ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No

☐ **MONEY DEMANDED IN COMPLAINT: $** Proven at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract (28 U.S.C. Section 1332)

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

CV09-2161

**FOR OFFICE USE ONLY:** Case Number: ______

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): ____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
CHARLY ACQUISITIONS, LTD ~~-United Kingdom~~ - Nevis corp.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
C/F INTERNATIONAL, INC. ~~-Nevada~~ Los Angeles

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature] **Date** 3/27/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |