NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Peter R. Afrasiabi (193336)
Turner Green Afrasiabi & Arledge LLP
535 Anton Blvd., Ste. 850
Costa Mesa, CA 92626

FILED
2009 MAR 27 PM 3: 54
CLERK U.S DISTRICT COURT
CENTRAL DIST. C  CALIF
LOS ANGELES
BY _____

ATTORNEYS FOR: Plaintiff Charly Acquisitions, Ltd.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHARLY ACQUISTIONS, LTD., a ~~United Kingdom corporation~~, News corporation,

Plaintiff(s),

v.

C/F INTERNATIONAL, INC., a Nevada corporation; DOES 1-20

Defendant(s)

CASE NUMBER: CV09-2161 GHK (RZx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Charly Acquisitions, Ltd.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Charly Acquisitions, Ltd. | Plaintiff |
| C/F International, Inc. | Defendant |

Date: 3/27/09

Sign: [signature]

Peter R. Afrasiabi
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)