1  Peter R. Afrasiabi (Bar No. 193336)
   email: pafrasiabi@turnergreen.com
2  Christopher W. Arledge (Bar No. 200767)
   Email: carledge@turnergreen.com
3  John Tehranian, Esq. (Bar. No. 211616)
   email: jtehranian@turnergreen.com
4  **TURNER GREEN AFRASIABI & ARLEDGE LLP**
   535 Anton Boulevard, Suite 850
5  Costa Mesa, California 92626
   Telephone:  (714) 434-8750
6  Facsimile:   (714) 434-8756

7  Attorneys for Plaintiff Charly Acquisitions, Ltd.
8

9                 UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CHARLY ACQUISITIONS, LTD., a Nevis corporation,<br><br>      Plaintiff,<br><br>v.<br><br>C/F INTERNATIONAL, INC., a Nevada corporation; DOES 1-20<br><br>      Defendants. | Case No. CV 09-2161 GHK (RZx)<br><br>**EX PARTE APPLICATION TO ALLOW SERVICE OF SUMMONS AND COMPLAINT ON THE CALIFORNIA SECRETARY OF STATE; DECLARATION OF PETER AFRASIABI; [PROPOSED] ORDER** |

Plaintiff Charly Acquisitions, Ltd. ("Charly") hereby moves ex parte to secure a Court order allowing Charly to serve the summons and complaint on the California Secretary of State in light of the fact that defendant C/F International, Inc.'s ("C/F") registered agent is an empty vacant office and C/F's reported place of business is also a vacant office.

//
//
//

14692

1

**EX PARTE APPLICATION**

Where despite reasonable diligence a corporation cannot be served, a party may effect service on that corporation by serving the California Secretary of State. *See* Cal. Code Civ. Pro. § 416.10(d) (referring to service by Cal. Corp. Code § 1702). But before the Secretary of State may be served, a court order allowing such service must be first obtained. *See* Cal. Corp. Code § 1702(a), (d). An order allowing service on the California Secretary of State is allowed where reasonable diligence in service efforts has been shown by attempts to serve at the address designated by the corporation but that such service cannot be effected. *Id.* § (a).

Here, Charly has been unable to serve personally Defendant C/F because its reported registered agent is an empty address that is vacant and because Defendant's reported corporate address is also a vacant address. Specifically, the California Secretary of State's registered agent listing identifies the two addresses in Exhibit A to the Afrasiabi Declaration as the business and registered agent addresses for the corporation C/F. Charly's law firm had a process server go to both addresses to try to serve the summons and complaint. However, each address is a vacant office. *See* Afrasiabi Decl. Exh. B (email notifications from process server). No forwarding information was available and internet and phone books/411 searches yield no other addresses for C/F or the registered agent. *See* Afrasiabi Decl. ¶ 3. The process server has provided a Declaration of the facts in Exhibit B under penalty of perjury as contained in Exhibit C.

Accordingly, Charly cannot serve C/F unless it now effects service by serving the summons and complaint (and associated documents) on the California Secretary of State as allowed under § 1702(a) of the California Corporations Code.

Dated: April 29, 2009

**TURNER GREEN LLP**

By: /s/ Peter R. Afrasiabi
_____
Peter R. Afrasiabi, Esq.
Attorneys for Plaintiff, CHARLY ACQUISITIONS, LTD.

14692

## DECLARATION OF PETER AFRASIABI

1. I am an attorney licensed to practice law in the State of California and admitted to this Court. I am a partner in the Turner Green law firm and make the following declaration on the basis of personal knowledge to the facts contained herein, which I could testify to in court if required to do so.

2. Attached as Exhibit A is a true and correct copy of the California Secretary of State's database information on C/F International, Inc., including its reported business address and registered agent address. This information is updated weekly pursuant to the messaging system of the California Secretary of State, which I called on April 29, 2008 at 9:15 a.m.

3. Upon filing this Complaint, I had our process server go to the addresses for the registered agent and the corporation so as to effect service. However, each address is an empty vacant office location that has been locked up. Trued and correct copies of the process server's update to our law firm of the inability to effect service due to this are attached as Exhibit B, which detail several attempts at service at the address.

4. I have tried locating additional addresses for C/F and the registered agent through an internet search as well as yellow pages and 411 directory search, but no additional addresses were available.

5. True and correct copies of the process server's attempts at service as stated in a declaration under penalty of perjury are attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April 2009, at Costa Mesa, California.

*/s/ Peter R. Afrasiabi*

Peter R. Afrasiabi

14692

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of APR 24, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| C/F INTERNATIONAL, INC. |||
| **Number:** C2492719 | **Date Filed:** 12/27/2002 | **Status:** active |
| **Jurisdiction:** NEVADA |||
| Address |||
| 2112 EASTMAN AVE #115 |||
| VENTURA, CA 93003 |||
| Agent for Service of Process |||
| ALAZANDER B ROSEN |||
| 4055 MORINER CIRCLE |||
| WEST LAKE VILLAGE, CA 91361 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Exhibit A

**Peter Afrasiabi**

| | |
|---|---|
| From: | Vanessa Zinn |
| Sent: | Thursday, April 23, 2009 11:40 AM |
| To: | Peter Afrasiabi |
| Subject: | FW: Status Update 1647793.01 |

The address from CA secretary state is bad along with the next email I am sending you.

```
-----Original Message-----
From: DDS Customer Service [mailto:processstatus@ddslegal.com]
Sent: Thursday, April 23, 2009 11:13 AM
To: Vanessa Zinn
Subject: Status Update 1647793.01

Status for order 1647793.01
Recipient:

Order placed by: Vanessa Zinn   Client Name: Turner, Green, Afrasiabi & Arledge

CHARLY ACQUISITIONS v. C/F
Case #:  CV092161GHK(RZx)

Origin
---------
Peter R. Afrasiabi, SBN 193336
535 Anton Blvd Ste 850
Costa Mesa

Destination
-----------------
C/F International, Inc., A Nevada Corporation
4055 Mariner Cir
Westlake Village CA 91361

Notes/Status
-------------------
04/16/09   04:50 PM LOCATION IS VACANT
SERVER KEITH MAYER


Documents
-----------------
SUMMONS & COMPLAINT
SEE ATTACHMENT




Court  UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Hearing Date:  Time:  Dept/Div:
Date Mailed:

Reference:   CHARLY ACQUISITIONS v. C/F

*Automated Message*

Thank you for using DDS!

Orange County 714-662-5555
```

1

Exhibit B
1 of 2

## Peter Afrasiabi

**From:** Vanessa Zinn
**Sent:** Thursday, April 23, 2009 11:41 AM
**To:** Peter Afrasiabi
**Subject:** FW: Status Update 1647793.02

This address is bad too.

-----Original Message-----
From: DDS Customer Service [mailto:processstatus@ddslegal.com]
Sent: Thursday, April 23, 2009 11:14 AM
To: Vanessa Zinn
Subject: Status Update 1647793.02

Status for order 1647793.02
Recipient:

Order placed by: Vanessa Zinn   Client Name: Turner, Green, Afrasiabi & Arledge

CHARLY ACQUISITIONS v. C/F
Case #:  CV092161GHK(RZx)

Origin
---------
Peter R. Afrasiabi, SBN 193336
535 Anton Blvd Ste 850
Costa Mesa

Destination
-----------------
C/F International, Inc., A Nevada Corporation
2112 Eastman Ave Ste 115
Ventura CA 93003

Notes/Status
--------------------
04/17/09   03:30 PM BUSINESS IS CLOSED
04/20/09   11:20 AM THIS IS AN OCCUPIED
BUISNESS BUT IT HAS BEEN LOCKED AND CLOSED ALL DAY .
04/20/09   03:25 PM BUSINESS IS CLOSED FOR
THE DAY
04/21/09   11:40 AM BUSINESS DOORS ARE
LOCKED. WENT TO SUITE 101 AND SAID SUBJECT AND BUSINESS HAS BEEN GONE SINCE DECEMBER 2008


Documents
-----------------
SUMMONS & COMPLAINT
SEE ATTACHMENT




Court  UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Hearing Date:   Time:   Dept/Div:
Date Mailed:

Reference:   CHARLY ACQUISITIONS v. C/F

1

*Exhibit B*
*2/2*

| | | | |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Peter R. Afrasiabi, SBN 193336<br>535 Anton Blvd Ste 850<br>Costa Mesa    CA    92626<br>ATTORNEY FOR (Name)    Plaintiff | TELEPHONE NO.<br>(714) 434-8750 | | FOR COURT USE ONLY |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
CHARLY ACQUISITIONS v. C/F

| 1647793 | (HEARING) Date | Time | Dept | Case Number:<br>CV092161GHK(RZx) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>CHARLY ACQUISITIONS v. C/F |

## NOT FOUND PROOF OF SERVICE

1. THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION ATTEMPTED TO SERVE THE FOLLOWING

2. I ATTEMPTED TO SERVE THE FOLLOWING:

SUMMONS & COMPLAINT
SEE ATTACHMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

RESIDENCE:  4066 Mariner Cir
Westlake Village    CA    91361

I HAVE BEEN UNABLE TO MAKE DELIVERY OF SAID PROCESS ON THE WITHIN NAMED:

C/F International, Inc., a Nevada corporation
Alazander B. Rosen, Agent for Service

04/03/09  04:10 PM NO ANSWER AT DOOR.
GATED COMMUNITY. GUARD LET SERVER IN.
04/05/09  01:35 PM NOBODY LIVES HERE,
PROPERTY VACANT, PER SHARON, SECURITY
GUARD, CAUCASIAN, FEMALE, 50 YEARS OLD.

7a. Person Serving:  Keith  Mayer

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $62.90
e. I am:
(1)    not a registered California process server:
(3) X  registered California process server:
  (i) Independent Contractor
  (i) Registration No:    4912
  (i) County:  LA/OC

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Keith  Mayer
4/29/2009

X _____
                SIGNATURE

PROOF OF SERVICE

CRC 982(A)(23)

Exhibit C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Peter R. Afrasiabi, SBN 193336<br>535 Anton Blvd Ste 850<br>Costa Mesa   CA   92626<br>ATTORNEY FOR (Name   Plaintiff | (714) 434-8750 | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>CHARLY ACQUISITIONS v. C/F | | |
| 1647793.01   (HEARING) Date   Time   Dept | | Case Number:<br>CV092161GHK(RZx)<br>REFERENCE NO.<br>CHARLY ACQUISITIONS v. C/F |

## NOT FOUND PROOF OF SERVICE

1. THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION ATTEMPTED TO SERVE THE FOLLOWING
2. I ATTEMPTED TO SERVE THE FOLLOWING:

SUMMONS & COMPLAINT
SEE ATTACHMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

BUSINESS:   4055 Mariner Cir
Westlake Village   CA   91361

I HAVE BEEN UNABLE TO MAKE DELIVERY OF SAID PROCESS ON THE WITHIN NAMED:

C/F International, Inc., A Nevada Corporation
Alazander B. Rosen, Agent for Service

04/16/09  04:50 PM LOCATION IS VACANT
SERVER KEITH MAYER

7a. Person Serving:   Keith   Mayer

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $92.90
e. I am:
(1)   not a registered California process server:
(3) X   registered California process server:
(i) Independent Contractor
(i) Registration No:   4912
(i) County:   LA/OC

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Keith   Mayer
4/29/2009

X _____
SIGNATURE

PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Peter R. Afrasiabi, SBN 193336<br>535 Anton Blvd Ste 850<br>Costa Mesa    CA    92626<br>ATTORNEY FOR (Name)    Plaintiff | (714) 434-8750 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
CHARLY ACQUISITIONS v. C/F

| 1647793.02 | (HEARING) Date | Time | Dept | Case Number:<br>CV092161GHK(RZx) |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>CHARLY ACQUISITIONS v. C/F |

## NOT FOUND PROOF OF SERVICE

1. THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION ATTEMPTED TO SERVE THE FOLLOWING

2. I ATTEMPTED TO SERVE THE FOLLOWING:

SUMMONS & COMPLAINT
SEE ATTACHMENT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

BUSINESS:    2112 Eastman Ave Ste 115
             Ventura          CA          93003

I HAVE BEEN UNABLE TO MAKE DELIVERY OF SAID PROCESS ON THE WITHIN NAMED:

C/F International, Inc., A Nevada Corporation
Alazander B. Rosen, Agent for Service

04/17/09  03:30 PM BUSINESS IS CLOSED
04/20/09  11:20 AM THIS IS AN OCCUPIED
BUISNESS BUT IT HAS BEEN LOCKED AND CLOSED
ALL DAY .
04/20/09  03:25 PM BUSINESS IS CLOSED FOR
THE DAY
04/21/09  11:40 AM BUSINESS DOORS ARE

7a. Person Serving:    Joshua R.    Holmwood

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $99.90
e. I am:
(1)    not a registered California process server:
(3) X  registered California process server:
   (i) Independent Contractor
   (i) Registration No:                    407
   (i) County:   VENTURA

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Joshua R.    Holmwood
4/29/2009

X _____
                    SIGNATURE

## PROOF OF SERVICE

CRC 982(A)(23)

| PETITIONER/PLAINTIFF: CHARLY ACQUISITIONS, LTD. | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: C/F INTERNATIONAL, INC. | CV092161GHK(RZx) |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

CIVIL COVER SHEET

Legal Solutions Plus