| | |
|---|---|
| 1 | Peter R. Afrasiabi (Bar No. 193336) |
| | email: pafrasiabi@turnergreen.com |
| 2 | Christopher W. Arledge (Bar No. 200767) |
| | Email: carledge@turnergreen.com |
| 3 | John Tehranian, Esq. (Bar. No. 211616)     E-Filed: **5/4/09** |
| | email: jtehranian@turnergreen.com |
| 4 | **TURNER GREEN AFRASIABI & ARLEDGE LLP** |
| | 535 Anton Boulevard, Suite 850 |
| 5 | Costa Mesa, California 92626 |
| | Telephone:  (714) 434-8750 |
| 6 | Facsimile:   (714) 434-8756 |

Attorneys for Plaintiff Charly Acquisitions, Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLY ACQUISITIONS, LTD., a Nevis corporation, | Case No. CV 09-2161 GHK (RZx) |
| Plaintiff, | [~~PROPOSED~~] ORDER ALLOWING SERVICE OF COMPLAITN AND SUMMONS BY DELIVERY TO THE CALIFORNIA SECRETARY OF STATE |
| v. | |
| C/F INTERNATIONAL, INC., a Nevada corporation; DOES 1-20 | |
| Defendants. | |

## [PROPOSED] ORDER

**IT IS SO ORDERED THAT** for good cause shown, Plaintiff through its counsel of record and their designated agents for service of process may effect service on C/F International, Inc. in the above-referenced lawsuit by serving a copy of the Summons and Complaint and this Order by hand on the Office of the California Secretary of State, 1500 11th Street, Sacramento, California 95814.

5/1/09         The [signature]         trict
               Judge

14693

1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION