E-FILED: **2/18/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Charly Acquisitions, Ltd.* | NO. CV 09-2161-GHK (RZx) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| *C/F International, Inc.* | |
| Defendant. | |

Pursuant to our February 18, 2010 Order granting Plaintiff Charly Acquisitions, Ltd.'s ("Plaintiff") Renewed Application for Default Judgment against Defendant C/F International, Inc. ("Defendant"), **IT IS HEREBY ADJUDGED** that Plaintiff shall have judgment in the sum of $363,405.91 against Defendant.  Furthermore, **IT IS HEREBY ADJUDGED** that post-judgment interest shall accrue on the judgment amount of $363,405.91 pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED**.

DATED: February 18, 2010

_____
GEORGE H. KING
United States District Judge